IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **CLARABEL ALLEN,** | ) |
| **Plaintiff,** | ) ) ) |
| vs. | ) CIVIL NO.  04-697-GPM ) |
| **JO ANNE BARNHART, Commissioner of Social Security,** | ) ) ) |
| **Defendant.** | ) ) |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT**.  This matter came before the Court on a Report and Recommendation from Magistrate Judge Wilkerson which recommended denial of Plaintiff's petition for judicial review of a final agency decision denying her certain social security benefits.

**IT IS ORDERED AND ADJUDGED** that pursuant to the Court's March 8, 2006 Memorandum and Order, the Report and Recommendation (Doc. 20) is **ADOPTED**, and the final decision of the Commissioner of Social Security is **AFFIRMED**.

**IT IS FURTHER ORDERED AND ADJUDGED** that this action is **DISMISSED on the merits.**  The parties shall bear their own costs.

**DATED**:  03/08/06

NORBERT G. JAWORSKI, CLERK

By: s/ Linda M. Cook
Deputy Clerk

APPROVED:  s/ G. Patrick Murphy
G. PATRICK MURPHY
U.S. DISTRICT JUDGE