IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| CLARABEL ALLEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL NO. 04-697-GPM |
| | ) |
| JO ANNE BARNHART, Commissioner of | ) |
| Social Security, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**MURPHY, Chief District Judge:**

On March 8, 2006, this Court adopted a Report and Recommendation by Magistrate Judge Proud and entered judgment in favor of the Commissioner of Social Security (*see* Docs. 22, 23). In that Order the Court construed a letter written by Plaintiff Allen as an objection to the Report and Recommendation.

On March 22, 2006, the Clerk of Court received another letter from Ms. Allen which it again construed as an objection to the Report and Recommendation (*see* Doc. 24).

This case is over in the district court. The case has been dismissed, and judgment has been entered. Accordingly, the Court **STRIKES** this recent letter (Doc. 24). If Ms. Allen wishes to pursue her theories, she can appeal the judgment and present her theories to the United States Court of Appeals for the Seventh Circuit.

**IT IS SO ORDERED.**

DATED: 03/29/06

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge